AMARYLLIS GRUSH *v.* CHRISTINE DADARRIA ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 25839) is denied.

*Patrick J. Filan*, in support of the petition.

*Michael C. Deakin*, in opposition.

Decided February 1, 2005

STATE OF CONNECTICUT *v.* LLOYD GEORGE MORGAN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 196 (AC 23615), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Pamela S. Nagy*, special public defender, in support of the petition.

Decided February 10, 2005

STATE OF CONNECTICUT *v.* GEORGE BINNETTE

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 491 (AC 24107), is denied.